## United States District Court
for the
## District of Alaska
Petition for Warrant or Summons for Offender Under Supervised Release

| | |
|---|---|
| Name of Offender: Nezar Khaled Maad | Case Number: A01-0174-CR (RRB) |
| Sentencing Judicial Officer: | Ralph R. Beistline, U.S. District Court Judge |
| Date of Original Sentence: | March 30, 2004 |
| Original Offense: | False Statements |
| Original Sentence: | 6 months imprisonment, 3 years supervised release |
| Date Supervision Commenced: | 6/01/2003 |
| Asst. U.S. Attorney: Reta Randal | Defense Attorney: F. Curtner, FPD |

### PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that according to a April 26, 2006 credit report, on or about November 2003, the defendant was issued a Capital One credit card, with the last four digits of the account number 8289 without the prior approval of the probation officer.   This violation is a Grade C violation. |
| 2 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that according to a April 26, 2006 credit report, on or about December 2003, the defendant was issued a Bank of America credit card with the last four digits of the account number 2649 without the prior approval of the probation officer.   This violation is a Grade C violation. |
| 3 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that according to a April 26, 2006 credit report, on or about February 2004, the defendant was issued a Bank of America credit card with the last four digits of the account number 3116 without the prior approval of the probation officer.   This violation is a Grade C violation. |

| | |
|---|---|
| 4 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that according to a April 26, 2006 credit report, on or about March 2004, the defendant was issued a Providian credit card, with the last four digits of the account number 7262 without the prior approval of the probation officer.   This violation is a Grade C violation. |
| 5 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that according to a April 26, 2006 credit report, on or about April 2004, the defendant was issued a Discover credit card with the last four digits of the account number 1646 without the prior approval of the probation officer.   This violation is a Grade C violation. |
| 6 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that according to a April 26, 2006 credit report, on or about November 2004, the defendant was issued a Discover credit card with the last four digits of the account number 0082 without the prior approval of the probation officer.   This violation is a Grade C violation. |
| 7 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that according to a April 26, 2006 credit report, on or about July 2005, the defendant was issued a Chase credit card with the last four digits of the account number 4723 without the prior approval of the probation officer.   This violation is a Grade C violation. |
| 8 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that on May 2, 2006, a Chase credit card with the last four digits of the account number 9122, in the name of Mike K. Maad, issued 2005, was found in the defendant's residence.  This violation is a Grade C violation. |
| 9 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that on May 2, 2006, a Capital One credit card with the last four digits of the account number 9744, in the name of Mike Maad, issued 2005, was found in the defendant's residence.  This violation is a Grade C violation. |

Petition for Warrant or Summons
Name of Offender           :    Nezar Khaled Maad
Case Number                :    A01-0174-CR (RRB)

| | |
|---|---|
| 10 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that, on May 2, 2006, a Discover credit card, with the last four digits of the account number 8043, in the name of Mike Maad, issued 2004, was found in the defendant's residence. This violation is a Grade C violation. |
| 11 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that, on May 2, 2006, a Discover credit card, with the last four digits of the account number 9569, in the name of Nezar K. Maad, was found on the defendant's person. This violation is a Grade C violation. |
| 12 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that, on May 2, 2006, an Alaska Airlines Visa credit card, with the last four digits of the account number 0381, in the name of Nezar K. Maad, was found on the defendant's person. This violation is a Grade C violation. |
| 13 | The defendant has violated the Special Condition of Supervision "The defendant shall provide the probation officer access to any requested financial information and shall not incur any new debts or apply for credit without the prior approval of the probation officer," in that, on May 2, 2006, an Alaska Airlines Visa credit card, with the last four digits of the account number 4617, in the name of Nezar K. Maad, was found in the defendant's residence. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X]    Revoked
    [ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

*Petition for Warrant or Summons*
*Name of Offender     :     Nezar Khaled Maad*
*Case Number          :     A01-0174-CR (RRB)*

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: May 19, 2006

Approved by:

REDACTED SI[GNATURE]

Eric D. Odegard
Supervising U.S. Probation Officer


THE COURT ORDERS

[ ]   *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[X]   The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   Other:

**REDACTED SIGNATURE**

F/Ralph R. Beistline
U.S. District Court Judge

5-20-06
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
# DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case Number: A01-0174-CR (RRB) |
| ) | |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| ) | |
| ) | |
| Nezar Khaled Maad ) | |

I, Beth Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Nezar Khaled Maad, and in that capacity declare as follows:

On March 30, 2004, the court entered a 6th Amended Judgement in A01-0174 CR (RRB) which imposed 6 months imprisonment with credit for time served and three years supervised release commencing on June 1, 2003. The defendant's term of supervised release is due to expire on May 31, 2006. The Court imposed all of the normal mandatory conditions and standard conditions as well as six special conditions of supervised release, including a special condition that, "The defendant shall provide the probation officer access to any requested financial information, including authorization to conduct credit checks, and shall not incur any new debts or apply for credit without the prior approval of the probation officer."

On April 26, 2006, a credit report was completed at which time it was discovered the defendant had opened up several credit cards without the prior approval of the probation officer.

On May 2, 2006, a search was conducted at the defendant's reported residence at which time additional credit cards in the defendant's name were discovered that were not on the credit report dated April 26, 2006. During an interview on May 2, 2006, the defendant admitted obtaining credit without the probation officer's approval, indicating he did so to consolidate debts and reduce interest rates on other credit cards.

Executed this 19th day of May 2006, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Beth Mader
U.S. Probation Officer