AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL
RECEIVED
JUN 1 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

NEZAR KHALED MAAD

**SUMMONS IN A CRIMINAL CASE**

Case Number: 3:01-CR-00174-RRB

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>6/28/2006 at 9:30 a.m. |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [X] Supervised Release Violation Petition

Charging you with a violation of:

Title  United States Code, Section(s)

Brief description of offense:
Violation of Conditions of Supervised Release

Ida Romack, Clerk of Court
Signature of Issuing Officer

_redacted signature_    Deputy Clerk
Name                    Issuing Officer

May 23, 2006 at Anchorage, Alaska
Date and Location

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date 6/9/09

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Probation office 222 W. 7th Ave

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 6/9/09
Date

Randy M Johnson
Name of United States Marshal

for Beth A. Mader
(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.