```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  NEZAR KHALED MAAD       CASE NO. 3:01-cr-00174-RRB
Defendant: X Present X On Summons

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           ROBIN M. CARTER

UNITED STATES' ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:            RICHARD CURTNER - APPOINTED

U.S.P.O.:                        BETH MADER

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 6/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

X Copy of petition given to defendant; waived reading.

X Financial Affidavit **FILED.**
  X Federal Public Defender accepted appointment; FPD notified.

X Bond set at Own Recognizance.

X Order Setting Conditions of Release **FILED**.

Court and counsel heard re defense counsel's oral motion to continue this proceeding; **GRANTED**.  Continued initial appearance on petition to revoke supervised release set for **7/26/06 at 9:30 a.m.**

At 9:54 a.m. court adjourned.

DATE:   June 28, 2006         DEPUTY CLERK'S INITIALS: rc