```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. NEZAR KHALED MAAD         CASE NO. 3:01-cr-00174-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            MATTHEW D. JAMIN

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:            F. RICHARD CURTNER

U.S.P.O.:                        BETH MADER

PROCEEDINGS: CONTINUED INITIAL APPEARANCE ON PETITION TO REVOKE
             SUPERVISED RELEASE HELD JULY 26, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:35 a.m. court convened.

 X Defendant **DENIED** allegations 2, 4, 8, 9, 10, 11, 12, and 13 of
   the Petition to Revoke Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge **FILED.**

 X Evidentiary hearing set for **August 16, 2006 at 1:30 p.m.**
   before U.S. Magistrate Judge John D. Roberts.

 X Defendant's conditions of release remain as previously set.

 X OTHER: Court and counsel heard re plaintiff's oral motion to
dismiss allegations 1, 3, 5, 6, and 7 of the Petition to Revoke
Supervised Release; **GRANTED.**

At 9:37 a.m. court adjourned.

DATE:    July 26, 2006          DEPUTY CLERK'S INITIALS:    ak