**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  MAAD  </u>

DATE:  <u>  August 22, 2006  </u>     CASE NO.  <u>  3:01-CR-0174-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

      A disposition hearing on the Petition to Revoke will be held on **Friday, September 15, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING