NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  3:01-cr-0174-RRB |
| | ) |
| Plaintiff, | ) GOVERNMENT'S DISPOSITION |
| | ) MEMORANDUM |
| vs. | ) |
| | ) |
| NEZAR KHALED MAAD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Nezar "Mike" Maad "Maad" stands before the court for disposition after his admitted violations of supervised release.  Maad has admitted to seven violations of the special condition of supervision which states: "The defendant ... shall not incur any new debts or apply for credit without the prior approval of the probation officer."  Maad has admitted to obtaining seven (7) new credit cards without seeking

permission from the United States Probation Officer "USPO". (The government will be dismissing alleged Violation Number 2 as it was discovered to be another duplicate violation.)

Maad minimizes the charges he made to these new credit cards, implying that the sole reason for obtaining them was to "restructure" his debt. He does not explain, for instance, that as to Violation No. 4, the Providian card, the $216.00 charge was payment to Dalloul Jewellery. On the Chase card, the subject of Violation No. 8, he incurs charges of $128.38 at the Duty Free& Travel in Frankfurt, Germany, as well as other charges in excess of $100.00 to Lowe's and Service Business Print.

Attachments 1 and 2 filed under seal are the credit card statements for Violation Numbers 12 and 13. The court can decide for itself the justification of these expenditures to Lowe's, Fred Meyer, Home Depot, Spenard's, Double Musky Inn, Alaska Air to Seattle, AT Publishing and Printing, Bailey's Furniture, Nordstrum's, Bagoy's Florist, Up Town Blossoms, Printing Technic, Classic Auto Rebuilding, Inc., Coldwater Creek, and Club Solaris and Fidels Cigar Shop in Los Cabos, among others.

CONCLUSION

Mr. Maad minimizes the new debts he incurred without reporting them to the USPO under the pretext that he was merely restructuring his debt. If that was solely

his goal, he could have easily sought permission from the USPO and been able to do so. His intent was to get a hidden spending source - credit cards about which no one knew. He incurred new debt while still owing $90,842.32 in non-federal restitution, $68,010.24 in federal restitution, and an additional debt for $36,000.

Maad argues that the publicity originally surrounding his case has destroyed his reputation to the "point of making it extremely difficult to find meaningful employment." Yet he had very meaningful employment as a state employee with a good salary; **his** conduct resulted in his termination from that position. Once again he fails to take responsibility for causing his own personal and legal situations. He would be off of court supervision if he had just followed the rules - something he consistently fails to do, and then complains when he gets caught and has to suffer the consequences.

Mr. Maad is getting a significant break by the government recommending only one day in jail. However, the remaining full amount of supervised release should be imposed. Maad needs to be closely supervised and financially monitored because of the significant amount of restitution due and owing. He should be required to provide a full financial accounting to the USPO on a regular basis, and a set percentage of his income should be paid toward restitution.

RESPECTFULLY SUBMITTED this 14th day of September, 2006, in Anchorage, Alaska.

           NELSON P. COHEN
           United States Attorney

           s/ Retta-Rae Randall
           Assistant U.S. Attorney
           Federal Building & U.S. Courthouse
           222 West Seventh Avenue, #9
           Anchorage, Alaska  99513-7567
           Phone: (907) 271-5071
           Fax: (907) 271-1500
           E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2006, a copy of the foregoing Government's Disposition Memorandum was served electronically on Rich Curtner.

s/ Retta R. Randall