```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>NEZAR KHALED MAAD</u>      CASE NO. <u>3:01-cr-00174-RRB</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE:          <u>RALPH R. BEISTLINE</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>RETTA-RAE RANDALL</u>

DEFENDANT'S ATTORNEY:          <u>F. RICHARD CURTNER</u>

U.S.P.O.:                      <u>BETH MADER</u>

PROCEEDINGS: FINAL HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD SEPTEMBER 15, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

<u>X</u> FINAL DISPOSITION HEARING:

   <u>X</u> Supervised Release revoked.

   <u>X</u> Defendant imprisoned for a period of <u>1 day.</u>

   <u>X</u> Defendant to serve term of supervised release for a period
      of <u>18 months</u> under the usual terms and conditions and the
      following special conditions: <u>special conditions as stated
      in the 6th Amended Judgment with the following
      modifications; the drug testing condition is suspended,
      based on the court's determination that the defendant poses
      a low risk of future substance abuse; the defendant shall
      pay restitution in the amount set forth in the 6th Amended
      Judgment in this case with credit for any payments already
      made and the defendant shall pay at least 10% of his gross
      monthly income or $25.00, whichever amount is greater, per
      month towards his restitution.</u>

<u>X</u> Defendant shall remain on bond and report to the U.S. Marshal
   on **September 25, 2006.**

<u>X</u> OTHER: <u>Court and counsel heard re plaintiff's oral motion to
dismiss allegation 2 of the Petition to Revoke Supervised
Release;</u> **GRANTED.**

At 9:27 a.m. court adjourned.

DATE:    <u>September 15, 2006</u>    DEPUTY CLERK'S INITIALS: <u>ak</u>