## UNITED STATES DISTRICT COURT
### District of Alaska

UNITED STATES OF AMERICA,   **7th AMENDED JUDGMENT IN A CRIMINAL CASE**
                vs.   (For Revocation of Probation or Supervised Release)
                           For Offenses Committed On or After November 1, 1987
NEZAR KHALED MAAD.   (Original Judgment filed 05/30/02)
                           Case Number:  3:01-cr-00174-RRB
                           F. Richard Curtner
                                 Defendant's Attorney

Defendant's probation officer filed a petition on  05/23/2006  accusing defendant of  13  violations of the conditions of supervision provided in the original judgment. Defendant  admitted allegations 4, 8, 9, 10, 11, 12, and 13 of the Petition to Revoke Supervised Release . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 4 | Special | Apply for Credit | 04/26/06 | C |
| 8 | Special | Apply for Credit | 05/02/06 | C |
| 9 | Special | Apply for Credit | 05/02/06 | C |
| 10 | Special | Apply for Credit | 05/02/06 | C |
| 11 | Special | Apply for Credit | 05/02/06 | C |
| 12 | Special | Apply for Credit | 05/02/06 | C |
| 13 | Special | Apply for Credit | 05/02/06 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  3  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

                            September 15, 2006

**REDACTED SIGNATURE**
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

9/15/06
Date

AO245.REV

Defendant: NEZAR KHALED MAAD                 7TH Amended Judgment--Page 2 of 3
Case No.:   3:01-cr-00174-RRB

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  1 day                         .

[_]   The court makes the following recommendations to the Bureau of Prisons:


[_]   The defendant is remanded to the custody of the United States Marshal.
[X]   The defendant shall surrender to the United States Marshal for this district,

       [X]  on September 25, 2006                        .
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
       [_]   before 2 p.m. on _____.
       [_]   as notified by the United States Marshal.
       [_]   as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

                                      _____
                                           United States Marshal

                                      By _____
                                              Deputy Marshal

AO245.REV

Defendant: NEZAR KHALED MAAD                    7TH Amended Judgment--Page 3 of 3
Case No.:    3:01-cr-00174-RRB

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

1. The drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

2. The defendant shall pay restitution in the amount set forth in the 6th Amended Judgment in this case with credit for any payments already made and the defendant shall pay at least 10% of his gross monthly income or $25.00, whichever amount is greater, per month towards his restitution.

The term of supervision is not [_] is[X] extended as follows:

18 months of supervised release re-imposed.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV