PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Nezar Khaled Maad                    Case Number: A01-0174-CR (RRB)

Sentencing Judicial Officer:  Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:    October 30, 2004

Original Offense:             False Statements

Original Sentence:            6 months imprisonment, 3 years supervised release

Date Supervision Commenced: June 1, 2003

### PETITIONING THE COURT

[ ]    To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]    To modify the conditions of supervised release as follows:

*"At the direction of the probation officer, the defendant shall reside at the Community Corrections Center for a period of 60 days, with release for work, medical, and religion."*

### CAUSE

On September 15, 2006, the defendant reported to the U.S. Probation Office, at which time he was provided specific instructions on having no contact with Imad Heremi through work, social contact or through residing with him. This instruction was provided to the defendant by both Supervising U.S. Probation Officer, Eric Odegard and U.S. Probation Officer, Beth Mader.

On October 5, 2006, U.S. Probation Officer, Beth Mader received information from the Alaska State Troopers that the defendant has been seen working at Golden Donuts, which is owned by Imad Heremi. On this same date U.S. Probation Officer, Beth Mader instructed the defendant to report to the office to discuss some issues. The defendant was asked specifically, by USPO Mader, "When was the last time you had contact with Imad Heremi?" The defendant stated, "Not since the last time we met around the 25th?" USPO Mader asked the defendant, "When was the last time you were at Golden Donuts?" The defendant stated, "Not since the last time we met?" USPO Mader confronted the defendant on lying to his probation officer and asked the defendant, "what if I told you that I have an officer whom can place you at Golden Donuts on at least the past two evenings?" The defendant stated, "Well I am not employed there, I was just helping out."

During the office visit that took place on October 5, 2006, the defendant was provided the following options of either voluntarily going into the Community Corrections Center for up to six months, or he could go back to court. At this time, the defendant was allowed to contact his attorney and he had until

-1-

*Request for Modification of Conditions or Term*
*Name of Offender          :        Nezar Khaled Maad*
*Case Number               :        A01-0174-CR (RRB)*

3:00 pm on October 6, 2006 to provide and answer to which option he was going to take.

On October 6, 2006, the defendant signed a Waiver of Hearing to Modify Conditions of Probation or Supervised release and agreed to the following modification of his conditions of supervised release:

*"At the direction of the probation officer, the defendant shall reside at the Community Corrections Center for a period of 60 days, with release for work, medical, and religion."*

The probation officer recommends that a Petition for Warrant an or Summons not be filed at this time and that the Probation Officer be allowed to have the defendant reside at the Community Corrections Center.

Respectfully submitted,

REDACTED SIGNATURE

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date:  October 10, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[  ]  Other:

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge

Date:  10/11/06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF ALASKA

**U.S.A. v Nezar Khaled Maad**                    **Docket No. A01-0174-CR (RRB)**

      I, _Nezar Khaled Maad_ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

          **At the direction of the probation officer, the defendant shall reside at the Community Corrections Center for a period of 60 days, with release for work, medical, and religion.**

Signed: _____          Date: _10 - 6 - 06_____
        Nezar Khaled Maad

## REDACTED SIGNATURE

Witness: _____          Date: _10/6/06_____
        Beth A. Mader
        U.S. Probation/Pretrial Services Officer