UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEZAR KHALED MAAD,<br>aka Mike Maad,<br><br>　　　　Defendant. | NO. 3:01-cr-0174-RRB<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANT MIKE MAAD'S NON-OPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

After due consideration of Defendant Mike Maad's Motion to Modify Conditions of Supervised Release, the court GRANTS the motion.

IT IS HEREBY ORDERED THAT Defendant's conditions of supervised release be modified so that he can travel to Syria in May 2007.

DATED March 27, 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　/S/ RRB
　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE