Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NEZAR KHALED MAAD,<br>aka Mike Maad,<br><br>Defendant. | NO. 3:01-cr-0174-RRB<br><br>**DEFENDANT MIKE MAAD'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

COMES NOW THE DEFENDANT, MIKE MAAD, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order to modify his conditions of supervised release.

Mr. Maad respectfully requests that the conditions of his supervised release be modified to allow him to travel outside the district and outside the United States on October 31, 2007, returning no later than December 3, 2007.  Mr. Maad would like to travel to Syria to visit his mother, who is ill.  (*See* Exhibit A, Mother's Medical Records)

Mr. Maad was granted permission to travel to Syria in April 2004, August 2005, and May 2007, and returned without incident. Mr. Maad has now completed most of his term of supervised release, which expires in March 2008.

Assistant U.S. Attorney Retta-Rae Randall has been contacted and does not oppose this motion.

U.S. Probation Officer Tim Astle does not oppose this motion.

DATED this 3rd day of October 2007.

    Respectfully submitted,

    s/Rich Curtner
    Federal Defender
    601 West Fifth Avenue, Suite 800
    Anchorage, AK 99501
    Phone:    907-646-3400
    Fax:    907-646-3480
    E-Mail:    rich_curtner@fd.org

Certification:
I certify that on October 3, 2007,
a copy of **Defendant Mike Maad's Unopposed Motion to Modify Conditions of Supervised Release** was served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner