رقم ٤٥٣٤٩١ /ق ٢٢



## TO Whom It May Concern

The patient who is called Hadla Al-Saohly 78 years (her son Nezar Maad) complains of substernal chest pain radiating to left shoulder which diagnosed as inferior myocardial infraction.

**EKG:** Showed Q waves on leads: II, III, F and poor R progression on anterior leads.

**Lab. Tests:** Marked elevated creatin kinase (CK) and troponin I was positive.

**Treatment:** Streptokinase was used as thrombolytic drug.

**Echocardiogram:** Showed dilated left ventricle, decreased ejection friction (E F) nearly 35%, Mitral regurgitation.

**Now:** the patient complain of exertional dyspenea, paroxysmal nocturnal dyspenea and paroxysmal anginal pain.

Date: 18.9.2007

Dr. Hussam Auda

Internal Doctor

تقرير طبي (١٠٠) ل.س   ٤٥٣٤٩١ ر   /ق ٢٢

Exhibit A - Page 1 of 2

مركز الكزبري لأمراض القلب
**Kuzbari Cardiac Center**

**Abdulmalek Kuzbari, M.D., F.A.C.A.**
Consultant Cardiologist
Al Rawda - Georg Hadad st.
P.O.Box 6647 Damascus - Syria
Tel.: 3339140 - 3339139 - 3339138

الدكتور عبد الملك الكزبري
أخصائي بالأمراض الداخلية والقلبية والأوعية الدموية
الروضة ــ جادة جورجي حداد ــ تجاه المحكمة
الدستورية العليا ــ خلف وزارة الثقافة
ص.ب ٦٦٤٧ دمشق ــ سورية
هاتف: ٣٣٣٩١٤٠ - ٣٣٣٩١٣٩ - ٣٣٣٩١٣٨

اسم المريض ................................ العمر ................

MRS. Hadlah Alsaahly

This patient has severe dilated cardiomyopathy with severe mitral valve regurgitation and hypertension.

Kuzbari Cardiac Center
Abdulmalek Kuzbari, M.D., F.A.C.A
Consultant Cardiologist
Damascus - Al Rawda - Tel: 3339140

16 - 09 - 2024