Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEZAR KHALED MAAD,<br>aka Mike Maad,<br><br>    Defendant. | NO. 3:01-cr-0174-RRB<br><br>**DEFENDANT MIKE MAAD'S MOTION ON SHORTENED TIME TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

COMES NOW THE DEFENDANT, MIKE MAAD, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order to modify his conditions of supervised release.

Mr. Maad respectfully requests that the conditions of his supervised release be modified to allow him to travel outside the district and outside the United States on January 4 or January 5, 2008, returning no later than January 13, 2008.  Mr. Maad would like to travel to Syria to visit his mother, who is now terminally ill and very close to death. It is extremely important to mr. Maad, based on his cultural and religious beliefs, to be at

his mother's beside at the time of her death. (Exhibit A, letter from Mr. Maad's mother's physician, dated December 30, 2007.)

Mr. Maad was granted permission to travel to Syria in April 2004, August 2005, May 2007, and November 2007, and returned without incident. Mr. Maad has now completed most of his term of supervised release, which expires in March 2008.

Mr. Maad has two possible reservations for travel to Syria, attached as Exhibits B-1 and B-2. He can purchase a ticket as soon as his travel is approved.

DATED this 2nd day of January 2008.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on January 2, 2008,
a copy of **Defendant Mike Maad's Motion on Shortened Time to Modify Conditions of Supervised Release** was served electronically on:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner