

## To whom it may concern

When we reevaluate the patient Haddla Alsohli – aged 78 years old who complain of sever cardiomyopathy (( NYHA4)) , mother of Mr. Nezar Maad , we find that she was very sick and illness – and she was entered to the ICU ( Intensive care unit) Several times this month –

so there is a great dangerous about her life and she may die at any time.

Dr. Hussam Oudea

M.D, Internal Doctor
30/12/2007