


**Airfare.com**
Flights, Hotels & Much more.

Flights | Hotels

HOME | Check Reservations | Affiliate With Us | Insurance | Customer Support | Feedback

Changes: By Fax | Credit Card Authorization Form

Site Map | Changing Department | Privacy Policy | **Available Jobs**

### Flights

Booking Steps: ☑ 1-Search Flights  ☑ 2-Select Flight  3-Booking  4-Accept Rules  5-Confirmation

← BACK TO RESULTS

Please double check your dates and cities for accuracy

| | | |
|---|---|---|
| **Total Payments** | | |
| Ticket: | $1600.00 | |
| Taxes: | $199.52 | |
| Paper Ticket Fees: | $15.00 | |
| **Total Price:** | **$1814.52** | |

| Airline | From | To | Depart | Arrive | Flight |
|---|---|---|---|---|---|
| KLM Royal Dutch Airlines | SEA-Seattle Tacoma Washington, USA | AMS-Schiphol Amsterdam, Netherlands | Friday 04 Jan 12:50 PM | Saturday 05 Jan 07:40 AM | FL#6034 0 Stops |
| KLM Royal Dutch Airlines | AMS-Schiphol Amsterdam, Netherlands | FRA-Frankfurt Intl Germany | Saturday 05 Jan 08:50 AM | Saturday 05 Jan 10:10 AM | FL#1765 0 Stops |
| Syrian Arab Airlines | FRA-Frankfurt Intl Germany | DAM-Damascus Intl Syrian Arab Republic | Saturday 05 Jan 02:00 PM | Saturday 05 Jan 07:00 PM | FL#408 0 Stops |

Elapsed Time 20 hr 10 min

| Airline | From | To | Depart | Arrive | Flight |
|---|---|---|---|---|---|
| Austrian | DAM-Damascus Intl Syrian Arab Republic | VIE-Vienna Intl Austria | Saturday 12 Jan 03:45 PM | Saturday 12 Jan 06:35 PM | FL#842 0 Stops |
| KLM Royal Dutch Airlines | VIE-Vienna Intl Austria | AMS-Schiphol Amsterdam, Netherlands | Sunday 13 Jan 09:40 AM | Sunday 13 Jan 11:45 AM | FL#1840 0 Stops |
| KLM Royal Dutch Airlines | AMS-Schiphol Amsterdam, Netherlands | SEA-Seattle Tacoma Washington, USA | Sunday 13 Jan 01:15 PM | Sunday 13 Jan 02:35 PM | FL#6033 0 Stops |

Elapsed Time 33 hr 50 min

Your credit card will be billed for a total of $1814.52 USD

**Form Auto Fill:** (Optional)

**Email Address:**

**Password:**

RETRIEVE

If you have saved your payment information with us please supply

**Booking Form:**

Fields in **bold** are required.

**Traveler Information**

Make sure the names are spelled exactly as those on the passports. We are not responsible for any misspelled or wrong names.

**Passenger #1 (Adult)**

**First Name**

**Last Name**

https://www.airfare.com/airfare3/secure/booking.aspx?R=0-8354d6ea-13a9-4afb-99c6-a6e0437bc162        Page 1 of 3

Exhibit B-1



# Airfare.com
Flights, Hotels & Much more.

**Flights** | **Hotels**

| HOME | Check Reservations | Affiliate With Us | Insurance | Customer Support | Feedback |

**Changes:** By Fax | Credit Card Authorization Form

Site Map | Changing Department | Privacy Policy | **Available Jobs**

## Flights

**Booking Steps:** ☑ 1-Search Flights   ☑ 2-Select Flight   3-Booking   4-Accept Rules   5-Confirmation

**« BACK TO RESULTS**

Please double check your dates and cities for accuracy

**Total Payments**

| | |
|---|---|
| Ticket: | $1862.00 |
| Taxes: | $206.54 |
| Paper Ticket Fees: | $15.00 |
| **Total Price:** | **$2083.54** |

| Airline | From | To | Depart | Arrive | Flight |
|---|---|---|---|---|---|
| Air France | SEA-Seattle Tacoma Washington, USA | CDG-Charles De Gaulle Paris, France | Saturday 05 Jan 02:05 PM | Sunday 06 Jan 08:50 AM | FL#45 0 Stops |
| Air France | CDG-Charles De Gaulle Paris, France | DAM-Damascus Intl Syrian Arab Republic | Sunday 06 Jan 01:20 PM | Sunday 06 Jan 06:50 PM | FL#510 0 Stops |

Elapsed Time 18 hr 45 min

| Airline | From | To | Depart | Arrive | Flight |
|---|---|---|---|---|---|
| Syrian Arab Airlines | DAM-Damascus Intl Syrian Arab Republic | MUC-Franz J Strauss Munich, Germany | Sunday 13 Jan 08:00 AM | Sunday 13 Jan 11:00 AM | FL#435 0 Stops |
| Klm Royal Dutch Airlines | MUC-Franz J Strauss Munich, Germany | AMS-Schiphol Amsterdam, Netherlands | Sunday 13 Jan 07:55 PM | Sunday 13 Jan 09:45 PM | FL#1800 0 Stops |
| Klm Royal Dutch Airlines | AMS-Schiphol Amsterdam, Netherlands | SEA-Seattle Tacoma Washington, USA | Monday 14 Jan 01:15 PM | Monday 14 Jan 02:35 PM | FL#6033 0 Stops |

Elapsed Time 41 hr 35 min

Your credit card will be billed for a total of **$2083.54 USD**

---

**Form Auto Fill: (Optional)**

**Email Address:**

**Password:**

**RETRIEVE**

If you have saved your payment information with us please supply your email and password above to auto fill the form.

**Important Notes:**

*ALL credit card transactions are

**Booking Form:**

Fields in **bold** are required.

**Traveler Information**

Make sure the names are spelled exactly as those on the passports. We are not responsible for any misspelled or wrong names.

**Passenger #1 (Adult)**

First Name

Last Name

Frequent Flyer

**Personal Information**

Day Phone:

https://www.airfare.com/airfare3/secure/booking.aspx?R=0-e92bec21-9467-4b60-8398-efc1d892c1df         Page 1 of 3

Exhibit B-2