UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEZAR KHALED MAAD,<br>aka Mike Maad,<br><br>　　　　Defendant. | NO. 3:01-cr-0174-RRB<br><br>**PROPOSED ORDER GRANTING DEFENDANT MIKE MAAD'S MOTION ON SHORTENED TIME TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

　　　　After due consideration of Defendant Mike Maad's Motion on Shortened Time to Modify Conditions of Supervised Release, the court GRANTS the motion.

　　　　IT IS HEREBY ORDERED that Mike Maad's conditions of supervised release shall be modified so that he can travel to Syria on January _____, 2008, returning no later than January 13, 2008. All other conditions of his supervised release shall remain in effect.

　　　　DATED January _____, 2008, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE