NELSON P. COHEN
United States Attorney

RETTA-RAE RANDALL
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEZAR KHALED MAAD,<br>aka Mike Maad,<br><br>　　　　　Defendant. | ) No. 3:01-cr-00174-RRB<br>)<br>) <u>OPPOSITION TO DEFENDANT</u><br>) <u>MIKE MAAD'S MOTION ON</u><br>) <u>SHORTENED TIME TO</u><br>) <u>MODIFY CONDITIONS OF</u><br>) <u>SUPERVISED RELEASE</u><br>)<br>) *Filed on Shortened Time*<br>) |

　　　COMES NOW the United States of America, by and through the undersigned Assistant U.S. Attorney, and responds in opposition to the defendant's motion to modify conditions of supervised release.  See attached Affidavit of Counsel filed under seal.

RESPECTFULLY submitted this 2nd day of January, 2008, at Anchorage, Alaska.

      NELSON P. COHEN
      United States Attorney

      s/ Retta-Rae Randall
      RETTA-RAE RANDALL
      Assistant U. S. Attorney
      222 West 7th Ave., #9, Rm. 253
      Anchorage, AK 99513-7567
      Phone: (907) 271-5071
      Fax: (907) 271-1500
      E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008,
a copy of the foregoing Opposition to Motion
to Modify Conditions of Supervised Release
was served electronically on:

Rich Curtner
Federal Public Defender's Office

s/ Retta-Rae Randall