UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NEZAR KHALED MAAD,<br>aka Mike Maad,<br><br>Defendant. | NO. 3:01-cr-0174-RRB<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANT MIKE MAAD'S MOTION ON SHORTENED TIME TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

After due consideration of Defendant Mike Maad's Motion on Shortened Time to Modify Conditions of Supervised Release, the court GRANTS the motion.

IT IS HEREBY ORDERED that Mike Maad's conditions of supervised release shall be modified so that he can travel ~~to Syria~~ on January 4 or 5, 2008, returning no later than January 13, 2008. All other conditions of his supervised release shall remain in effect. *Failure to return by January 13, 2008 will be viewed as a violation.*

DATED January 3, 2008, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE