MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   NEZAR KHALED MAAD    CASE NO.  3:01-CR-00174-RRB
Defendant:  X Present

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON/ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:     RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:        RICH CURTNER

U.S.P.O.:                    ERIC ODEGARD

PROCEEDINGS: STATUS CONFERENCE ON MOTION TO MODIFY CONDITIONS OF
             SUPERVISED RELEASE (DKT 198) HELD 01/03/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:33 p.m. court convened.

Court and counsel heard re defendant's Motion to Modify Conditions
of Supervised Release (DKT 198); **GRANTED, with conditions**.

Court ordered defendant to pay $2,000.00 towards restitution
before leaving.

Status Hearing set **January 14, 2008 at 8:30 a.m.**

At 2:46 p.m. court adjourned.

DATE:    January 3, 2008      DEPUTY CLERK'S INITIALS: CME/AXG

Revised 6-18-07