```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. NEZAR KHALED MAAD         CASE NO. 3:01-cr-00174-RRB
Defendant:  X Not Present

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:            F. RICHARD CURTNER

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: STATUS CONFERENCE ON MOTION TO MODIFY CONDITIONS OF
             SUPERVISED RELEASE (DKT 198) HELD JANUARY 14, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:46 a.m. court convened.

Court and counsel heard re non-appearance of defendant. Court ordered an arrest warrant to be issued and instructed the U.S. Probation Officer to submit the paperwork.

At 8:47 a.m. court adjourned.

DATE:      January 14, 2008        DEPUTY CLERK'S INITIALS:   amk

Revised 6-18-07