UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA   v.   MAAD

DATE:   January 25, 2008        CASE NO.   3:01-CR-0174-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

The Court previously stated, on the record, that if Defendant failed to return to the United States and appear in court as scheduled, it would be considered a violation of his conditions of supervised release. Defendant failed to do so and is therefore adjudged to be in violation of supervised release.

A disposition hearing will be held on **TUESDAY, FEBRUARY 19, 2008, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING