MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___NEZAR KHALED MAAD___ CASE NO. 3:01-CR-00174-RRB___
Defendant: _X_Not Present _X_On Bond

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY:_____RETTA-RAE RANDALL_____

DEFENDANT'S ATTORNEY:_____RICHARD CURTNER_____

U.S.P.O.:_____TIM ASTLE_____

PROCEEDINGS: STATUS CONFERENCE RE DKT 205 (FINAL DISPOSITION
             HEARING ON REVOCATION OF SUPERVISED RELEASE
             (DKT 198)) HELD 2/19/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened.

Defendant not present.

Court and counsel heard re plaintiff's oral motion to unseal
Docket 205; **GRANTED.**

Copy of Petition to Revoke Supervised Release (Dkt 205) given to
defense counsel.

Court and counsel heard re defendant's 2 pending arrest warrants.

At 9:11 a.m. court adjourned.

DATE:_____February 19, 2008_____ DEPUTY CLERK'S INITIALS:___SCL___

Revised 6-18-07